W. KEITH LEMIEUX (SBN. 161850)
ROGER BACKLAR (SBN. 225277)
LEMIEUX & O'NEILL
2393 Townsgate Road, Suite 201
Westlake Village, California 91361
Telephone: (805) 495-4770
Facsimile:  (805) 495-2787

Attorneys for Defendant
CITY OF RIDGECREST

## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VAN FOSSEN <br><br> Plaintiff, <br><br> vs. <br><br> SIERRA SANDS UNIFIED SCHOOL DISTRICT, CITY OF RIDGECREST, DOES 1 through 10, inclusive <br><br> Defendants. | CASE NO.:  1:05-CV-01167-AWI-LJO <br><br> **STIPULATION RE:  TIME TO FILE RESPONSIVE PLEADING; ORDER THEREON** |

**TO THE PARTIES AND THEIR COUNSEL OF RECORD:**

WHEREFORE,

The instant case was originally filed in the wrong venue, the United States

District Court, Central District of California.  Defendant filed a motion to dismiss or,

alternatively, to transfer venue.  The court transferred venue.

Defendant, CITY OF RIDGECREST did not receive the Court's standing order

until October 12, 2005, confirming that the Eastern District had received the case.

There have been no prior extensions of time under E.D. Rule 6-144.

Plaintiff and Defendant CITY OF RIDGECREST wish to stipulate to a cut-off for the filing of responsive pleadings, including answers and motions to dismiss.

The parties hereby stipulate that Defendant CITY OF RIDGECREST shall file its responsive pleading on or before October 28, 2005.

If CITY OF RIDGECREST files a motion to dismiss, such motion will be served on Plaintiff's counsel by mail and fax, and sufficient notice will be given of the hearing date to allow Plaintiff at least two weeks to prepare a timely Opposition.

DATED: October 14, 2005                LEMIEUX & O'NEILL

                                       /s/
                                       By: _____
                                       W. KEITH LEMIEUX
                                       Attorneys for Defendant
                                       CITY OF RIDGECREST


DATED: October 14, 2005                SUSAN D. SALISBURY

                                       /s/
                                       By: _____
                                       SUSAN D. SALISBURY
                                       Attorneys for Plaintiff
                                       JOHN VAN FOSSEN


DATED: October 14, 2005                ROBINSON, PALMER & LOGAN

                                       /s/
                                       By: _____
                                       OLIVER U. ROBINSON
                                       JUDITH M. DENNY
                                       Attorneys for Defendant
                                       SIERRA SANDS UNIFIED SCHOOL
DISTRICT


**ORDER**

Good cause appearing therefore,

IT IS SO ORDERED.

**Dated:   October 18, 2005      /s/ Lawrence J. O'Neill**

66h44d                          UNITED STATES MAGISTRATE JUDGE