UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VAN FOSSEN,<br><br>        Plaintiff,<br><br>    v.<br><br>SIERRA SANDS UNIFIED SCHOOL DISTRICT, CITY OF RIDGECREST, DOES 1-10,<br><br>        Defendant, | CIV-F 05-1167 AWI LJO<br><br>ORDER VACATING HEARING DATE OF DECEMBER 5, 2005 AND TAKING MATTER UNDER SUBMISSION |

    Defendant City of Ridgecrest has made a motion to dismiss complaint for failure to state a claim. Doc. 16. The hearing for the motion was set for December 5, 2005 at 1:30 PM. Plaintiff has filed an opposition, and Defendant City of Ridgecrest has filed a reply. Docs. 22 and 23. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 5, 2005, is VACATED, and no party shall appear at that time. As of December 5, 2005, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   November 30, 2005          /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE