**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOHN VAN FOSSEN, ) | CIV-F 05-1167 AWI LJO |
| ) | |
| Plaintiff, ) | **ORDER VACATING HEARING DATE OF DECEMBER 19, 2005 AND TAKING MATTER UNDER SUBMISSION** |
| v. ) | |
| ) | |
| SIERRA SANDS UNIFIED SCHOOL ) DISTRICT, CITY OF ) RIDGECREST, DOES 1-10, ) | |
| ) | |
| Defendant, ) | |
| _____) | |

Defendant Sierra Sands Unified School District has made a motion to dismiss complaint for failure to state a claim. Doc. 19.  The hearing for the motion was set for December 19, 2005 at 1:30 PM.  Plaintiff has filed an opposition, and Defendant has filed a reply. Docs. 25 and 26. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of December 19, 2005, is VACATED, and no party shall appear at that time.  As of December 19, 2005, the court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

**Dated:    December 14, 2005**          _____/s/ Anthony W. Ishii_____
0m8i78                                               UNITED STATES DISTRICT JUDGE

1