UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN VAN FOSSEN,                              ) | CIV-F 05-1167 AWI LJO |
|                                 ) | |
|            Plaintiff,           ) | ORDER VACATING HEARING DATE OF |
|                                 ) | DECEMBER 11, 2006 AND TAKING |
|     v.                          ) | MATTER UNDER SUBMISSION |
|                                 ) | |
| SIERRA SANDS UNIFIED SCHOOL     ) | |
| DISTRICT, CITY OF               ) | |
| RIDGECREST, DOES 1-10,          ) | |
|                                 ) | |
|            Defendants,          ) | |
| _____) | |

    Defendant City of Ridgecrest has filed a motion to lift the stay of the case imposed by the March 22, 2006 Order. Doc. 30. The matter was scheduled for hearing on December 11, 2006. Pursuant to Local Rule 78-230(c), a responding party is required to file either an opposition or a notice of non-opposition at least fourteen days before the hearing date; that deadline has passed. Plaintiff has made no filings in response and Defendant Sierra Sands Unified School District has not come forward in opposition to the motion. On December 7, 2006, Plaintiff's attorney filed a declaration stating, "Because of the possibility that I will have to file a motion to be relieved as counsel, I do not currently oppose the lifting of the stay." Doc. 32, at 3:4-6. This is not taken to be the position of Plaintiff but rather Plaintiff's counsel only. The court has reviewed the papers filed and has determined that the motion is suitable for decision without oral argument. See Local Rule 78-230(h).

    Therefore, the previously set hearing date of December 11, 2006, is VACATED, and no

1

1  party shall appear at that time.  As of December 11, 2006,  the court will take the matter under
2  submission, and will thereafter issue its decision.

4  IT IS SO ORDERED.
5  **Dated:**     **December 7, 2006**                    /s/ Anthony W. Ishii
   0m8i78                                         UNITED STATES DISTRICT JUDGE